# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147675(53)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GORDON BENJAMIN WILDING,
        Defendant-Appellant.
_____/

SC: 147675
COA: 309245
Livingston CC: 10-018981-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file its supplemental brief is GRANTED.  The supplemental brief submitted on February 3, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2014



Clerk